IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JABBAR MUHAMMAD ALI WILLIAMS, )
)
    Plaintiff, )
)
v. )   CASE NOS. CV419-136
)                 CV419-138
IAN HEAP, CLAIRE WILLIAMS, in her )                CV419-146
official capacity as Justice of )
the Superior Court of Chatham )
County, and JUDGE JOHN MORSE, )
individually in his capacity as )
Justice of the Superior Court of )
Chatham County, )
)
    Defendants. )
)

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] (Doc. 10.) After careful consideration and review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. As a result, Plaintiff's Motion to Expedite Ruling (Doc. 9) and Motion for Leave to Proceed In Forma Pauperis (Doc. 2) are **DISMISSED AS MOOT**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 6th day of February 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Unless otherwise stated, all citations are to Plaintiff's civil docket on this Court's electronic filing system, CV419-136.