# United States District Court
## Southern District of Georgia

Jabbar Muhammad Ali Williams

    Plaintiff.

**JUDGMENT IN A CIVIL CASE**

V.

CASE NUMBER: CV419-146

Judge John Morse

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order entered on February 6, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Plaintiff's case is DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to close this case

February 6, 2020
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk